UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWN STONE,<br><br>    Defendant. | CASE NO. MJ22-385<br><br>DETENTION ORDER |

Offenses charged:

  1. Production of Child Pornography

  2. Transportation of Child Pornography

Date of Detention Hearing:    August 18, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has been charged with an offense in violation of 18 U.S.C. 2251(c). There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

Defendant poses a risk of nonappearance because he has a significant history of international travel and is a dual citizen with Germany, and has access to a significant sum of money to support flight.

Defendant is a risk of danger based upon the nature and circumstances of the offense, involving travel to Germany where he admitted to sexually assaulting a four-year-old child. He further admitted to videotaping the conduct and distributing it to others. Upon arrest, Defendant admitted that he has a sexual attraction to prepubescent minors and has been banned from multiple social media platforms for posting child pornography to those sites. He further admitted to creating at least 20 forums or discussion groups online for the discussion of and trading in child abuse material. This conduct suggests a level of sophistication in online platforms that would be extremely difficult to monitor.

There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of August 2022.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3